THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OTIS BOONE, Appellant.

Submitted March 27, 2017; decided March 30, 2017

Motion by NAACP Legal Defense & Education Fund, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge WILSON taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RAYMOND CRESPO, Respondent.

Submitted March 27, 2017; decided March 30, 2017

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT PERRY, Appellant.

Submitted March 6, 2017; decided March 30, 2017

Motion to dismiss appeal denied.